THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v*. RALPH TROPIANO, Appellant.

Argued June 7, 1945; decided July 19, 1945.

*Edward H. Levine* and *Hyman Barshay* for appellant.
*William O'Dwyer, District Attorney* (*William I. Siegel* and *Thomas Cradock Hughes* of counsel), for respondent.

. Judgments reversed and indictment dismissed on the ground that the evidence was not sufficient to support a finding of guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.